STATE OF NEW JERSEY v. EDWARD TUMMINELLO.

June 12, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. JIMMIE LEE ALLEN.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY NELSON, JR.

June 12, 1975. Petition for certification denied.

REGIONAL HOLDING COMPANY, INC. v. BOARD OF ADJUSTMENT OF THE BOROUGH OF NORWOOD.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD TYSON.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SPANO.

June 12, 1975. Petition for certification granted.